IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD D. MARTIN, JR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-834C |
| | ) | (Judge Patricia Campbell-Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated March 10, 2017, the parties respectfully submit this status report regarding the parties' efforts to calculate the amount of liquidated damages due each collective action member pursuant to the Court's prior decisions.  Counsel for defendant regularly discusses with the consultant the status of the damages analysis, including what payroll data remain to be gathered from agencies.  The consultant is in the process of developing proposed methodologies for calculating the amount of damages that each plaintiff may be due, and anticipates being able to present the methodologies to counsel for defendant during the week of February 5, 2018, if not sooner.  The consultant will then present that proposed methodology to counsel for the plaintiffs.  In addition, counsel for plaintiffs have provided counsel for defendant additional identifying information for plaintiffs who defendant could not initially identify and obtain the requisite payroll data.  Counsel for defendant is reviewing the information and is working with the agencies to obtain the remaining pertinent payroll data, and the consultant can then calculate the amount of liquidated damages that the plaintiffs may be due.

Pursuant to the Court's order, the parties will submit a joint status report on February 16, 2018, to further update the Court on the parties' damages calculation efforts.

|  | Respectfully submitted, |
|---|---|
| s/Heidi R. Burakiewicz<br>HEIDI R. BURAKIEWICZ<br>Kalijarvi, Chuzi, Newman<br>& Fitch, P.C.<br>818 Connecticut Avenue, N.W.<br>Suite 1000<br>Washington, D.C. 20006<br>(202) 331-9260 | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>s/Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director |
| Steven A. Skalet<br>Michael Lieder<br><br>Mehri & Skalet PLLC<br>1250 Connecticut Avenue NW<br>Suite 300<br>Washington, DC 20036<br>(202) 822-5100 | s/Joseph E. Ashman<br>JOSEPH E. ASHMAN<br>ERIN K. MURDOCK-PARK<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 353-7578<br>jeashman@usdoj.gov |
| Attorneys for Plaintiffs | Attorneys for Defendant |

February 16, 2018