IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD D. MARTIN, JR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-834C |
| | ) | (Judge Patricia Campbell-Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated March 10, 2017, the parties respectfully submit this status report regarding the parties' efforts to calculate the amount of liquidated damages due each collective action member pursuant to the Court's prior decisions. Following defendant's in-person meeting with the consultant regarding the status of the damages analysis, of which we informed the Court in our last status report, defendant has continued to work with the agencies to gather the remaining payroll data and has continued to provide that information to the consultant for review. Counsel for plaintiffs continues to work to provide defendant with the remaining requested identifying information for plaintiffs whom defendant could not initially identify to obtain the requisite payroll data from the affected agencies. Once these issues are resolved, the consultant will present the proposed damages calculation methodology to counsel for the plaintiffs. Once the parties agree upon the methodology, the consultant can then calculate the amount of liquidated damages that the plaintiffs may be due.

Pursuant to the Court's order, the parties will submit a joint status report on April 16, 2018, to further update the Court on the parties' damages calculation efforts.

|  |  |
|---|---|
|  | Respectfully submitted, |
| s/Heidi R. Burakiewicz<br>HEIDI R. BURAKIEWICZ<br>Kalijarvi, Chuzi, Newman<br>& Fitch, P.C.<br>818 Connecticut Avenue, N.W.<br>Suite 1000<br>Washington, D.C. 20006<br>(202) 331-9260<br><br>Steven A. Skalet<br>Michael Lieder<br><br>Mehri & Skalet PLLC<br>1250 Connecticut Avenue NW<br>Suite 300<br>Washington, DC 20036<br>(202) 822-5100<br><br>Attorneys for Plaintiffs<br><br>March 16, 2018 | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>s/Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director<br><br>s/Joseph E. Ashman<br>JOSEPH E. ASHMAN<br>ERIN K. MURDOCK-PARK<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>(202) 353-7578<br>jeashman@usdoj.gov<br><br>Attorneys for Defendant |