IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD D. MARTIN, JR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-834C |
| | ) | (Judge Patricia Campbell-Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT STATUS REPORT**

Pursuant to the Court's order dated March 10, 2017, the parties respectfully submit this status report regarding the parties' efforts to calculate the amount of liquidated damages due each collective action member pursuant to the Court's prior decisions.

The parties last status report was submitted on December 17, 2018. Because of the partial Government shutdown that began later that week, the Government has been unable to continue working on the damage calculations. The Government intends to resume the damage calculations process as soon as the budget impasse is resolved.

Pursuant to the Court's order, the parties will submit a joint status report on February 21, 2019, to further update the Court on the parties' damages calculation efforts.

| | |
|---|---|
| s/Heidi R. Burakiewicz<br>HEIDI R. BURAKIEWICZ<br>Kalijarvi, Chuzi, Newman<br>& Fitch, P.C.<br>818 Connecticut Avenue, N.W.<br>Suite 1000<br>Washington, D.C. 20006<br>(202) 331-9260<br><br>Steven A. Skalet<br>Michael Lieder<br><br>Mehri & Skalet PLLC<br>1250 Connecticut Avenue NW<br>Suite 300 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>s/Reginal T. Blades, Jr. by s/Joseph E. Ashman |

REGINALD T. BLADES, JR.
Assistant Director

s/Joseph E. Ashman
JOSEPH E. ASHMAN
Senior Trial Counsel

ERIN K. MURDOCK-PARK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
(202) 353-7578
joseph.ashman@usdoj.gov

January 22, 2018                                        Attorneys for Defendant