IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD D. MARTIN, JR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-834C |
| | ) | (Judge Patricia Campbell-Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 10, 2017, the parties respectfully submit this status report regarding the parties' efforts to calculate the amount of liquidated damages that may be due each collective action member pursuant to the Court's prior decisions.

The parties' previous status report was submitted on August 27, 2019. On September 19, 2019, the parties' respective counsel met with defendant's consultant to discuss the status of the calculation of liquidated damages. The consultant stated during the meeting that it has concluded that more than 2,000 of the 25,251 individuals who opted into the suit are ineligible for damages. In addition, over the past months, counsel for plaintiffs have attempted to gather additional information for the 243 individuals for whom (1) the agencies could not confirm employment or (2) could not otherwise identify from the information provided by plaintiffs. To date, plaintiffs have not provided defendant with additional information for those 243 individuals. Of those individuals, counsel for plaintiffs has been unable to locate further information on 193, and is still attempting to locate additional information for the recently identified 48 individuals.

The parties continue to finalize the methodology and damages for the remaining more than 21,000 plaintiffs. Particularly, although the parties have agreed to the methodology for calculating liquidated damages for individuals who did not work overtime between October 1-5,

2013, they are still finalizing the methodology and damages for the more than 2,500 individuals who worked some measure of overtime during that time.  Further, the parties are in the process of reaching agreement on the amount of reasonable attorney fees pursuant to the Fair Labor Standards Act to which plaintiffs' counsel may be entitled.

Pursuant to the Court's order, the parties will submit a joint status report on October 24, 2019, to further update the Court on the parties' damages calculation efforts.

Respectfully submitted,

| | |
|---|---|
| s/Heidi R. Burakiewicz<br>HEIDI R. BURAKIEWICZ<br>Kalijarvi, Chuzi, Newman<br>& Fitch, P.C.<br>818 Connecticut Avenue, N.W.<br>Suite 1000<br>Washington, D.C. 20006<br>(202) 331-9260<br><br>Steven A. Skalet<br>Michael Lieder<br><br>Mehri & Skalet PLLC<br>1250 Connecticut Avenue NW<br>Suite 300<br>Washington, DC 20036<br>(202) 822-5100<br><br>Attorneys for Plaintiffs<br><br>September 24, 2019 | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>s/ Reginald T. Blades, Jr.,<br>by Patricia M. McCarthy<br>REGINALD T. BLADES, JR.<br>Assistant Director<br><br>s/Erin K. Murdock-Park<br>ERIN K. MURDOCK-PARK<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>(202) 616-3753<br>erin.k.murdock-park@usdoj.gov<br><br>Attorneys for Defendant |